Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 3300
Orange, CA 92868
Phone (714) 621-0200
Fax    (714) 621-0277

**United States Bankruptcy Court**
**Central District of California**

| | |
|---|---|
| James Temidara | ) Chapter 13 )<br>) Case No.: 8:10-bk-17154-RK )<br>) **NOTICE OF UNCLAIMED DIVIDEND**<br>) **(Bankruptcy Rule 3011)** )<br>) )<br>) ) |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. **301142** in the sum of **$ 922.00** representing an unclaimed dividend in the above-entitled Debtor's estate. Said sum is paid over to you pursuant to Bankruptcy Rule 3011 .  The name and address of the party entitled to said unclaimed dividend is as follows:

    James Temidara
    260 S. Jutewood
    Anaheim, CA 92805

Date: September 10, 2011        __/S/_____
                                         Amrane Cohen, Chapter 13 Standing Trustee

| Case No. | Debtor Name(s) | SSN | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|
| 1017154 | James Temidara ACCT: | XXX-XX-2561 Claim: 00000 | 922.00 | 0.00 | 922.00 |
|  |  | TOTALS | 922.00 | 0.00 | 922.00 |

James Temidara

BALANCE:            [0.00  1/00000]
SSN: XXX-XX-2561   SSN:
ACCT:                       CASE: 1017154
PRINCIPAL:       922.00   INTEREST:          0.00

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING PENTAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA  92856

SUNTRUST
800-786-8787

64-79
611

0301142

Aug 22, 2011

VOID 90 DAYS FROM DATE

*******$922.00

PAY   Nine Hundred Twenty Two And 00 / 100 Dollars

TO THE ORDER OF   U.S. BANKRUTCY COURT (FISCAL DEPT.)
255 E. TEMPLE STREET
LOS ANGELES, CA  90012

⑈0301142⑈  ⑆061100790⑆ 0000005751862⑈